UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SHANE WOLF DELRENO,                      :
                Plaintiff,            :    No. 5:16-cv-710
                                      :
    v.                                    :
                                      :
AMERICAN BEST LOCKSMITH,                 :
                Defendant.            :
_____

**O R D E R**

**AND NOW**, this 14th day of September, 2016, upon consideration of Plaintiff's failure to prosecute and to comply with Court orders, and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The default entered against Defendant on April 20, 2016, is **VACATED**;

2. The Complaint is **DISMISSED** pursuant to Rule 41(b); and

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge